# United States District Court
# For The Western District of North Carolina
# Charlotte Division

CHARLIE RENZELL STROTHER,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                    3:11cv618 & 3:07cr61

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 26, 2012 Order.

                                            Signed: October 29, 2012

Frank G. Johns, Clerk
United States District Court